RAYMOND DELLA SERRA v. BOROUGH OF MOUNTAINSIDE.

July 12, 1984.

Petition for certification denied.

JOSEPH COSTA v. ALBERT J. JOSEY AND NEW JERSEY DEPARTMENT OF TRANSPORTATION.

July 12, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. POSEY RAY MC DOUGALD.

July 12, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANK REISS.

July 12, 1984.

Petition for certification denied.